FILED
December 04, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003937928

2
Susan M Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA 95682
Tel: (530)232-6119
E-mail: didriksen1@gmail.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

**PATRICIA M. BECKMAN**

Debtor.

Case No. 11-32649-B-7
DCN:      SMD - 1

DATE:       January 3, 2012
TIME:       9:32a.m.
LOCATION:   501 I Street, 6th Floor
            Department B
            Courtroom 32 (6th Floor)
            Sacramento, CA 95814

**MOTION TO APPROVE SALE OF PARTNERSHIP INTEREST**

SUSAN DIDRIKSEN ("Trustee") hereby moves for approval of the sale of the estate's ownership interest in Cybertary LLC to the Franchise Foundry Holdings, a Canadian Corporation for $7,500. In support thereof, it is respectfully represented that:

1. This case was commenced by the filing of a voluntary Chapter 7 petition on May 20, 2011. Trustee is the duly appointed trustee for the Debtors' estate.

2. Among the assets of the bankruptcy estate is the Debtors' 40% ownership in Cybertary LLC, which the Debtor valued at $4,115 in her amended Schedule B filed on September 17, 2011.

3. The Debtor claimed C.C.P. § 703.140(b)(5) monetary exemption pertaining to the LLC interest in the amount of $4,115 in her amended Schedule C filed on September 17, 2011.

4. The Debtor's Schedule D filed on or about May 20, 2011, disclosed no indebtedness nor obligations secured by the LLC.

Page 1

5. The Trustee has received an offer from Franchise Foundry Holdings of $7,500 to purchase the bankruptcy estate's interest in the foregoing property, subject to bankruptcy court approval.

6. The purchase price to be paid by Franchise Foundry Holdings will be due on court approval in the form of cashier's check.

7. Approving the sale is in the best interests of the estate. The undersigned Trustee believes that the immediate liquidation of the Subject Personal Property is in the best interest of the Bankruptcy Estate. Therefore, the Trustee requests the approval from this Court to sell the aforementioned property to Franchise Foundry Holdings for $7,500.

8. At the conclusion of the sale, the Trustee requests authority to pay the Debtor's monetary exemption on the amount of $4,115 representing the her claimed C.C.P. 703(b)(5) exemption.

WHEREFORE, Trustee prays that the motion be granted, and for such other and further relief as is necessary and proper.

Respectfully submitted,

Dated: December 4, 2011

/s/ Susan M. Didriksen
Susan M. Didriksen, Chapter 7 Trustee